# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**RONNIE FERGUSON,**

    **PLAINTIFF,**

        **V.**                    **CV No.: 4:17-cv-01854-JEO**

**THE GREEN DOCTOR, LLC AND
JOSEPH TUCKER.,**

    **DEFENDANTS.**

## MOTION TO SUBSTITUTE PARTY AND REQUEST FOR HEARING

Comes now, Plaintiff Ronnie Ferguson and files this motion to Substitute Party pursuant to Fed R. Civ. Proc. R. 25(a). In support of this Motion, Plaintiff avers the following:

1. Plaintiff filed this action alleging violations of the Fair Labor Standards Act.

2. In his Complaint, Plaintiff named Joseph Tucker ("Tucker") as an individual defendant.

3. On or about April 12, 2018, Mr. Tucker, passed away suddenly.

4. On or about April 17, 2018, Defendant, The Green Doctor, LLC filed a suggestion of death (Document 27) by and through its counsel.

1

5. Upon information and belief, Tucker died leaving no will and as such, had no executor to stand in his shoes.

6. Further, upon information and belief, at the time of the filing of the Suggestion of Death an estate had not yet been opened appointing an Administrator.

7. Plaintiff's Counsel has now learned that an Estate has been opened in the Probate Court of St. Clair County, Alabama.

8. Upon information and belief, the Probate Judge of St Clair County has appointed Svetlana Tucker Administrator of the Estate of Joseph Tucker identified by that Court as N-2018-246.

9. Mrs. Tucker, as Administrator of the Estate, is a proper party for substitution with all the powers and duties necessary to proceed with the defense of this case.

10. No parties will be prejudiced by Granting this Motion.

Wherefore, Plaintiff requests that this Honorable Court:

A. Enter a preliminary Order setting this matter down for a hearing on the Motion to Substitute Party so that Plaintiff can provide adequate notice to the Administrator of Tucker's Estate; and

B. After the hearing referenced above, enter an Order Granting the Motion to Substitute Party.

Respectfully submitted on September 5, 2018.

                                                             /s/Kira Fonteneau
                                                             Kira Fonteneau ASB-7338
                                                             Counsel for Plaintiff

**OF COUNSEL:**
The Fonteneau Firm, LLC – A member
of the Five Points Law Group LLC
2151 Highland Avenue South, Ste. 205
Birmingham, AL   35205
205.252.1550 – Office
205.502-4476 – Facsimile

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served electronically upon counsel of record who is CM/ECF registrant(s) on this 5th day of September 2018. I further certify that a copy of the foregoing will be served upon Svetlana Tucker, as Administrator of the Estate of Joseph Tucker via Certified Mail, return receipt requested once a hearing date has been set by this Honorable Court.

      Svetlana Tucker
      Administrator of the Estate of Joseph T. Tucker
      900 Oak Grove Road
      Springville 35146

3