FILED
 2018 Sep-18 PM 04:29
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RONNIE FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-01854-JEO |
| ) | |
| THE GREEN DOCTOR, LLC, ) | |
| and JOSEPH TUCKER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 16, 2018, counsel for The Green Doctor, LLC, filed a "Suggestion of Death" concerning defendant Joseph Tucker. (Doc. 27). Counsel for Plaintiff filed a motion to substitute the estate of Mr. Tucker for Joseph Tucker. (Doc. 35). Also before the court is the motion of counsel for Mr. Tucker to withdraw. (Doc. 37). Both motions will be granted.

Plaintiff Ronnie Ferguson ("Plaintiff") filed this action on November 2, 2017, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. (Doc. 1). He has named two Defendants: The Green Doctor, LLC and Joseph Tucker. Since the filing of this lawsuit, Mr. Tucker has died. Accordingly, counsel for Plaintiff filed the motion to substitute. Swetlana Tucker has been appointed by the Probate Court of St. Clair County as the Administrator of Mr.

Tucker's estate. (Doc. 35 at ¶ 8). Accordingly, the motion to substitute is **GRANTED**. The Clerk of the Court is **DIRECTED** to substitute Svetlana Tucker, as Administrator of the Estate of Joseph Tucker, for Defendant Joseph Tucker. Mrs. Tucker will be afforded two weeks to obtain counsel for the estate in this action. The court will conduct a telephone conference call on **Tuesday, October 2, 2018, at 4:00 p.m.** with counsel to determine the status of the matter. The parties should use **call-in number 888-808-6929 and pass code 5917763**.

Counsel are encouraged to meet and confer prior to the conference call to discuss updated deadlines for disposition of this case. If counsel submit new, agreed upon deadlines, the conference call will be cancelled. If the estate fails to obtain counsel by the Tuesday call, Mrs. Tucker will be expected to participate in the call. Failure by the estate to retain counsel to represent it, may result in the grant of a default judgment against the estate.[1]

In view of the substitution of the estate for Mr. Tucker, the motion to withdraw filed by Bradley Boyd as counsel for Mr. Tucker is **GRANTED**.

The Clerk of the Court is **DIRECTED** to serve a copy of this order upon counsel of record and upon Mrs. Tucker.

---

[1] The Eleventh Circuit has held that an estate must be represented by counsel. *See Franklin v. Garden State Life Insurance*, 462 F. App'x 928 (11th Cir. 2012).

**DONE**, this the 18th day of September, 2018.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge