# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RONNIE FERGUSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17-cv-01854-JEO |
| THE GREEN DOCTOR, LLC, and JOSEPH TUCKER, | ) |
| Defendants. | ) |

## ORDER

The court previously allowed for the substitution of the estate of Mr. Tucker for Defendant Joseph Tucker.  In doing so, the court afforded Swetlana Tucker as the Administrator of Mr. Tucker's estate an opportunity to retain counsel.  The court set the matter for a telephone conference call on Tuesday, October 2, 2018, at 4:00 p.m., with counsel to determine the status of the matter.  The court also encouraged counsel to meet and confer prior to the conference call to discuss updated deadlines for disposition of this case.  The court also provided that if counsel submit new, agreed upon deadlines, the conference call would be cancelled.  The court further informed Ms. Tucker that if she failed to obtain counsel by the Tuesday call, she was expected to participate in the call.  Finally, the court informed Ms. Tucker that a failure by the estate to retain counsel to

represent it, may result in the grant of a default judgment against the estate.[1]

To date, no one has entered a notice of appearance on behalf of the estate. Additionally, Ms. Tucker failed to participate in the telephone conference as ordered. Accordingly, the call is now set for **Tuesday, October 9, 2018, at 4:15 p.m**. Counsel and Ms. Tucker are again **ORDERED** to participate in the call. A failure to participate may result in a request by Plaintiff for entry of a default and a default judgment against the estate. The call-in number is **888-808-6929 and the pass code is 5917763**.

The Clerk of the Court is **DIRECTED** to serve a copy of this order upon counsel of record and upon Mrs. Svetlana Tucker at 1223 Jones Chapel Loop, Springville, AL 35146.

**DONE**, this the 4th day of October, 2018.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge

---

[1] The Eleventh Circuit has held that an estate must be represented by counsel. *See Franklin v. Garden State Life Insurance*, 462 F. App'x 928 (11th Cir. 2012).